

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: | § | No. 08-23-00206-CR |
| ADRIAN CORDOVA-MORALES | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the Relator's alternative petition for writ of mandamus against the Honorable Susan D. Reed, Judge of the County Court of Kinney, Texas and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 30TH DAY OF JULY 2024.


LISA J. SOTO, Justice


Before, Alley, CJ, and Palafox and Soto, JJ.